UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MERIDAN RIVER DEVELOPMENT
CORPORATION,

    Plaintiff,

v.                            Case No: 8:25-cv-03129-JLB-SPF

ROSHANDA C. BYRD,

    Defendant.
_____/

## ORDER

    This cause comes before the Court *sua sponte*.[1] Plaintiff initially filed this eviction action in the County Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida. (Doc. 1-1). On November 11, 2025, Defendant removed this case to federal court. (Doc. 1). Defendant asserts that removal is proper under federal question jurisdiction because she filed a federal compulsory counterclaim and defense. (*Id.*). But counterclaims cannot give rise to federal question jurisdiction. *See Vaden v. Discover Bank*, 556 U.S. 49, 61 (2009) ("[A] federal counterclaim, even when compulsory, does not establish 'arising under' jurisdiction.") (citation omitted).

    Thus, the Court must remand this case because the Court lacks subject matter jurisdiction. 28 U.S.C. § 1447(c) ("If at any time before final judgment it

---

[1] "Federal courts are obligated to inquire into subject matter jurisdiction *sua sponte* whenever it may be lacking." *Cadet v. Bulger*, 377 F.3d 1173, 1179 (11th Cir. 2004).

appears that the district court lacks subject matter jurisdiction, the case shall be remanded."); *see also Corp. Mgmt. Advisors, Inc. v. Artjen Complexus, Inc.*, 561 F.3d 1294, 1296 (11th Cir. 2009) ("The district court may remand a case *sua sponte* for lack of subject matter jurisdiction at any time.") (citing 28 U.S.C. § 1447(c)).

Accordingly, it is **ORDERED** that:

1. This case is **REMANDED** to the Thirteenth Judicial Circuit in and for Hillsborough County, Florida.

2. The Clerk of Court is **DIRECTED** to transmit a certified copy of this Order to the Clerk of the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida.

3. The Clerk of Court is **DIRECTED** to deny all pending motions as moot, terminate any deadlines, and close the file.

**ORDERED** in Tampa, Florida, on December 3, 2025.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE